CLARENCE MARTIN and Another, Respondents, v. JAMES O. SEBRING, Appellant, Impleaded with Others, Defendants.— Appeal from order entered May 26, 1930, dismissed, without costs, upon the ground that the appeal has become academic in view of the decision in the case of *Martin* v. *Miller,*■ handed down herewith. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BERNICE H. KEEFE, Appellant, Respondent, v. WILLIAM B. KEEFE, Respondent, Appellant.— Judgment and order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM R. SOWREY, Respondent, v. ARTHUR G. ROHLOFF and Others, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GEORGE D. CORNELIUS, Appellant, v. WILLIAM CHRIST, Respondent.— Judgment modified so as to provide for a new trial before another justice, and as so modified affirmed, without costs of this appeal to either party. While a majority of the court are of the opinion that there was a warranty and a breach thereof, a majority of the court are also of the opinion that there was a failure to show that the plaintiff relied upon the warranty. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for reversal on the ground that in their opinion there was sufficient evidence to justify the justice's findings, both of warranty and reliance. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ARTHUR J. COVELL, Respondent, v. VINE-MARTYR, INCORPORATED, Appellant, and JOHN MUSCARELLA, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FRED L. BLUM, Respondent, v. CITY OF ROCHESTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ARTHUR F. EBERT, Respondent, v. CLARA J. HARRIS, as Executrix, etc., of CLAUDE S. HARRIS, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of PETER SAMSON, Deceased.— Order reversed on the facts, with ten dollars costs and disbursements, and application denied, with ten dollars costs. Under our authority to pass upon the question which is before us, under subdivision 6 of section 20 of the Surrogate's Court Act, as if an original application were made to this court (Surr. Ct. Act, § 309), we have reached the conclusion that a sufficient showing has not been made to warrant the vacating of the decree of probate entered on October 10, 1929. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

MINNIE BLINZLER, Respondent, v. VILLAGE OF KENMORE and FRED W. KNICKENBERG, Appellants.— Orders affirmed, with ten dollars costs and disbursements. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.